AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-148 RHK

Thomas Arnold Schussler

Thomas Arnold Schussler

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 628A (Sixth Floor)**
**316 North Robert Street**
**St. Paul**, MN 55101

Before: **Honorable Arthur J. Boylan**

On: **Monday, March 14, 2004, at 11:00 a.m.**

To answer a(n) Petition and Order on Supervised Release.

Brief description of offense:

Violation of Supervised Release

Leah E. Gilgenbach
Leah E. Gilgenbach, Deputy Clerk

Dated: February 28, 2005

SCANNED
FEB 28 2005
U.S. DISTRICT COURT ST. PAUL

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Date:

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________

______________________

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ______________________ ______________________
Date Name of United States Marshal

______________________
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure