# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Thomas Arnold Schussler,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-148 RHK

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Virginia G. Villa shall appear as appointed counsel of record for the above named defendant in this case.

Dated: March 15, 2005

s/Virginia G. Villa
VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415