**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-148 RHK |
| | ) | Date: March 14, 2005 |
| **Thomas Arnold Schussler**, | ) | Court Reporter: None |
| | ) | Tape Number: 7-1-111 |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | | Time Concluded: 3:05 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** Jeff Paulsen
Assistant U.S. Attorney

**Defendant:** Virginia Villa
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English

Date Charges Filed: February 25, 2005 Offense: Sentenced in Clay County. Tested positive for methamphetamine and marijuana. Failed to complete community service.

T Charges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T Supervised Release

9 **Charges from other District** ______________________________
9 Government moves for detention.
Motion is: 9 granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

Bond continued.

Next appearance date is before U.S. Judge Richard Kyle for:

9 detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T final revocation

9 Detention hearing waived 9 Preliminary hearing waived 9 Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information: **Counsel to contact Judge Kyle's chambers for Final Revocation date.**

s/Joan Flood

Signature of Judicial Assistant