AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 FEB 28 P 3:15

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

v.

Case Number: CR 01-148 RHK

Thomas Arnold Schussler

Thomas Arnold Schussler

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **Courtroom 628A (Sixth Floor)**
**316 North Robert Street**
**St. Paul,** MN 55101

Before: **Honorable Arthur J. Boylan**

On: **Monday, March 14, 2004, at 11:00 a.m.**

---

To answer a(n) Petition and Order on Supervised Release.

Brief description of offense:

Violation of Supervised Release

Leah E. Gilgenbach
Leah E. Gilgenbach, Deputy Clerk

Dated: February 28, 2005

SCANNED
MAR 22 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Bill King

Date: 3-11-05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: U.S. COURTHOUSE, 655 1ST AVE NORTH, FARGO ND.

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: __________

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3-11-05
Date

DAVE CARPENTER
Name of United States Marshal

Bill King
(by) Deputy United States Marshal

Remarks:

14:10 3-11-05

[1] Rule 4 of the Federal Rules of Criminal Procedure