PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Thomas Arnold Schussler**

**Docket No. 0:01CR00148-001(RHK)**

**Amended Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Thomas Arnold Schussler** who was sentenced for Bank Fraud on September 29, 2000, by the Honorable Rodney S. Webb, sitting in the court at Fargo, ND, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- 4 months home confinement with electronic monitoring
- Alcohol/drug counseling, mental health treatment, vocational/technical training, community corrections center placement
- Drug testing
- Alcohol abstinence
- Financial disclosure
- $5,300 restitution
- Obtain his GED

On June 6, 2001, jurisdiction was transferred to the District of Minnesota. The following special conditions were ordered by the Honorable Richard H. Kyle.

- 6 months community confinement
- Community service
- 90 days community confinement

**This is an amendment to the Petition dated February 24, 2005. The amended information in this Petition appears in bold type.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On March 30, 2004, in Clay County, Minnesota, the defendant was sentenced for Driving After Suspension to 30 days jail stayed.

SCANNED
APR 13 2005
U.S. DISTRICT COURT ST. PAUL

SPECIAL CONDITION: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

On January 27, 2005, the defendant submitted to a drug test which was positive for methamphetamine.

SPECIAL CONDITION: The defendant shall perform 40 hours of community service, as approved by the probation officer.

The defendant has failed to complete any community service work. **As of March 28, 2005, the defendant has provided verification that he has completed 11 hours of community service work.**

**Additional Violation**:

**SPECIAL CONDITION: The defendant shall totally abstain from the use of alcoholic beverages during the period of supervision.**

**On April 1, 2005, an employee of the Centre Inc. halfway house in Fargo, North Dakota, observed the defendant consuming alcohol at a liquor establishment in Fargo.**

PRAYING THAT THE COURT WILL ORDER That the Petition dated February 25, 2005, be amended by the addition of the violation information noted herein.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 12th day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Aaron R. Rotering
U.S. Probation Officer

Executed on April 12, 2005
Place Fergus Falls