**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Thomas Arnold Schussler,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 01-148 1
Date: April 19, 2005
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 10:45
Time Concluded: 11:00
Time in Court: Hours & 15 Minutes

APPEARANCES:

Plaintiff: Joseph Walbran, Assistant U.S. Attorney
Defendant: Virginia Villa 9 FPD 9 CJA 9 Retained 9 To be appointed

Revocation/Sentencing: Defendant admits violation/court modifies supervised release to include that defendant call his probation officer on a daily basis.

s/Deborah Siebrecht
Calendar Clerk