UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

ORDER
Cr. 01-148 RHK

Thomas Arnold Schussler,

Defendant.

---

The Court modifies Conditions of Supervised Release to include:

1. Defendant shall call his probation officer on a daily basis.

Dated: April 19, 2005

s/ Richard H. Kyle
Richard H. Kyle, Judge
United States District Court